[No. 39630-7-I.    Division One.    May 4, 1998.]

THE STATE OF WASHINGTON, *Petitioner,* v. TIMOTHY G. DOLSON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-1-00783-1, David A. Nichols, J., entered October 24, 1996. *Reversed* by unpublished opinion per Ellington, J., concurred in by Coleman and Becker, JJ. Now published at 91 Wn. App. 187.

[Nos. 40723-6-I; 40820-8-I.    Division One.    May 4, 1998.]

*In the Matter of the Dependency of* M.J.W.

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN WEBB, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. MICHELLE JACKSON, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 94-7-01069-5, Philip Gamaliel Hubbard, Jr., J., entered May 7, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Webster, JJ.

[No. 14803-3-III.    Division Three.    May 5, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. ISMAEL M. TARANGO, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-1-00407-4, Yancey Reser, J., entered March 16, 1995. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.

[No. 16513-2-III.    Division Three.    May 5, 1998.]

*In the Matter of the Marriage of* SCOTT W. BELSKE, *Appellant,* v. KARI M. NICHOLS, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 93-3-00816-4, Craig Matheson, J., entered February 27, 1997. *Denied* by unpublished opinion per Kurtz, A.C.J., concurred in by Brown and Kato, JJ.